# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KEVIN JOHNSON,**

       **Petitioner,**

v.                                              **Case No. 4:16cv593-MW/EMT**

**JULIE L. JONES,**

       **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 33. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Respondent's Motion to Dismiss, ECF No. 28, is **GRANTED**. The Petitioner's § 2254 petition, ECF No. 1, is **DISMISSED** without prejudice for Petitioner's failure to exhaust state court

remedies.  A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

  **SO ORDERED on May 21, 2018.**

            <u>**s/ MARK E. WALKER**</u>
            **United States District Judge**