IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN JOHNSON,

    Petitioner,

v.                                  Case No. 4:16cv593-MW/EMT

JULIE L. JONES,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 40. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Motion to Reopen, ECF No. 36, construed as a motion for relief from judgment under Rule 60(b), is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

**SO ORDERED on February 13, 2020.**

                                            s/Mark E. Walker      
                                            **Chief United States District Judge**